ALICE CAMPBELL, as Grand Matron of Eureka Grand Chapter of the Order of Eastern Star, a Voluntary Association of More Than Seven Persons, Appellant, v. GEORGE E. MARSHALL, as Most Worshipful Grand Master of the (Most Worshipful Grand Lodge of the Most Ancient and Honorable Fraternity of Free and Accepted Masons, Prince Hall), a Voluntary Association of More Than Seven Persons, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOSEPH A. GREENFIELD, Appellant, for an Order against ROBERT MOSES, Commissioner of Parks of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [169 Misc. 389.]

COMMERCIAL SEALEAF CO., INC., Appellant, v. PUREPAC CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

KATHERINE HARRINGTON, Individually and as Treasurer of Bindery Women's Union Local No. 66 of the International Brotherhood of Bookbinders, an Unincorporated Association of More Than Seven Members, Respondent, v. VINCENT J. FERRIS, Individually and as President of the Allied Printing Trades Council of Greater New York, an Unincorporated Association of More Than Seven Members, and MARY J. MURPHY, Individually and as President of Bindery Women's Union Local No. 43, an Unincorporated Association of More Than Seven Members, Appellants.— Orders entered January 16, 1939, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Order entered March 10, 1939, granting plaintiff's motion for an examination before trial unanimously affirmed. The date for the examination to proceed to be fixed in the order; settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CATHERINE MORIARTY, as Administratrix, etc., of MAURICE MORIARTY, Deceased, Appellant, v. S. ROBERT ELTON, INC., Defendant, Impleaded with JESSIE J. GOLDBERG, HERBERT J. B. WILLIS and PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Individually, etc., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

YALE ORGANIZATION, INC., Appellant, v. GENERAL MOTORS SALES CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., taking no part.

REMA V. MORRISON, as Administratrix, etc., of KENDRICK W. MORRISON, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial.